**STATE of Missouri, Plaintiff–Respondent,**

v.

**Eric FIELDS, Defendant–Appellant.**

**Eric FIELDS, Plaintiff–Appellant,**

v.

**STATE of Missouri, Defendant–Respondent.**

**Nos. 55283, 57625.**

Missouri Court of Appeals, Eastern District, Division Three.

Aug. 28, 1990.

Rosalynn Koch, Columbia, for defendant-appellant.

William L. Webster, Atty. Gen., Robert P. Sass, Asst. Atty. Gen., Jefferson City, for plaintiff-respondent.

ORDER

PER CURIAM.

A jury convicted defendant of three crimes: (1) unlawful sale of heroin, § 195.020 RSMo 1986, (2) unlawful sale of cocaine, § 195.020 RSMo 1986, and (3) unlawful use of a weapon, § 571.030 RSMo 1986. Defendant appeals these convictions and also appeals the denial of his Rule 29.15 motion.

We affirm. No error of law appears, and an opinion would have no precedential value. Rules 30.25 and 84.16(b).